UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDY ALLEN PRICE,
SAMMIE VAIL,
SHEENA CHADWELL,
CHAD WILLIAM SINKO,
JUSTIN SPARE,

Defendants.
________________________________/

Case No. 1:26−cr−00099−HYJ

Hon. Hala Y. Jarbou

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | First Appearance |
| Date/Time: | October 15, 2026 01:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

RAY KENT
U.S. Magistrate Judge

Dated: October 7, 2026

By: /s/ Kari Belanger
Courtroom Deputy